UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIE REISING, as Personal Representative of the Ancillary Estate of David Comey, MADISON COUNTY, ILLINOIS, and CHRIS SLUSSER, County Treasurer for Madison County, Illinois,<br><br>    Defendants. | Case No. 24-cv-1142-JPG |

## RULE 54(B) JUDGMENT

This matter having come before the Court, the relevant parties having stipulated to judgment on Count 2 of the Second Amended Complaint, and the Court having found no just reason to delay entry of judgment as to that claim,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 2 of the Second Amended Complaint, a claim for unpaid federal income taxes of David Comey from 2001 to 2009, is entered in favor of the plaintiff United States of America and against Julie Reising, as Personal Representative of the Ancillary Estate of David Comey, in the amount of $519,550.44, plus interest and other statutory additions from October 21, 2024.

**DATED: March 17, 2025**      MONICA A. STUMP, Clerk of Court

                                                             **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**